UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-22300-CV-WILLIAMS

MORTADA ABDALLA,

    Plaintiff,

v.

KING'S FOOD SPOT INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 102) ("***Report***") on Plaintiff's Renewed Motion for Final Default Judgment Against Defendant Yousef Ayyad (DE 100) ("***Motion***"). In the Report, Magistrate Judge Reid recommends that the Court grant Plaintiff's Motion. (DE 102 at 1.) Specifically, the Report finds that Plaintiff sufficiently established Defendant Yousef Ayyad's liability for overtime wages in accordance with the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (*Id.* at 3–6.) The Report further recommends that Plaintiff be awarded $15,317.00 in overtime wages, $16,716.25 in attorney's fees, and $180.00 in cost. (*Id.* at 6–11.) No objections were filed to the Report, and the time to do so has passed.

Upon an independent review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 102) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Renewed Motion for Final Default Judgment Against Defendant Yousef Ayyad (DE 100) is **GRANTED**.

3. Final Judgment will be entered by way of a separate Order.

4. All hearings and deadlines are **CANCELED**.

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 5th day of June, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE